UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | No. 3:07-MJ-1098 |
| V. | ) | (SHIRLEY) |
| | ) | |
| | ) | |
| | ) | |
| KEVIN PAUL PATTERSON | ) | |

ORDER OF DETENTION PENDING TRIAL

An initial appearance was held in this case on August 30, 2007, on a Criminal Complaint. Robert Simpson, Assistant United States Attorney, was present representing the government, and Paula Voss, Assistant Federal Defender was present representing the defendant. Upon motion of the government for detention stating the defendant has been charges with a violent crime, and counsel for the defendant stating the defendant has outstanding state warrants and wishes to waive his right to a detention hearing at this time but reserve the right to have a detention hearing at a later date, if appropriate, the defendant shall be detained. Pursuant to the defendant signing a Waiver of Detention Hearing, the defendant is to be detained. 18 U.S.C. § 3142(f)(2)(B). The government stated it had no objections. The defendant was present. For good cause, and by agreement of the defendant, this detention hearing is waived and the defendant is detained.

The defendant is aware of his rights to a prompt detention hearing and to require the government to meet its burden of proving that no conditions of release exist